UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

THE PINNACLE FUND, L.P., PINNACLE CHINA
FUND, L.P., ATLAS CAPITAL MASTER FUND,
L.P., ATLAS CAPITAL (Z.P.), L.P., WESTPARK
CAPITAL, L.P., SANDOR CAPITAL MASTER                :       08-CV- 9008 (SHS)
FUND L.P., VISION OPPORTUNITY MASTER FUND,
LETD., HELLER FAMILY FOUNDATION, JAYHAWK
PRIVATE EQUITY CO-INVEST FUND, L.P., and
JAYHAWK PRIVATE EQUITY FUND, L.P.,

       Plaintiffs,
                 ECF CASE

 -against-

EQUICAP INC., USUNCO AUTOMOTIVE LTD.,
vFINANCE INVESTMENT, INC., and PETER WANG,

       Defendants.
-------------------------------------------------------------------X

  PLEASE TAKE NOTICE that, upon the Declaration of Jeffrey T. Golenbock, the exhibits attached thereto, the Memorandum of Law submitted herewith, and all pleadings and prior proceedings had herein, defendants Equicap Inc., Usunco Automotive Ltd. and Peter Wang (the "Equicap Defendants") will move this Court, before the Honorable Sidney H. Stein, United States District Court Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b) and the Private Securities Litigation Reform Act (the "PSLRA"), 15 U.S.C. §§ 78u-4(b)(1) and (2), dismissing the Complaint, and each claim therein, as to the Equicap Defendants, and for such other and further relief as the Court deems just and appropriate.

*446453.1*

Dated: January 7, 2009
New York, New York

                        GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP

                        By: /s/ Jeffrey T. Golenbock
                        Jeffrey T. Golenbock (JG-2217)
                        Adam C. Silverstein (AS-4876)
                        437 Madison Avenue, 35th Floor
                        New York, New York 10022
                        (212) 907-7300
                        Attorneys for Defendants Equicap Inc., Usunco Automotive Ltd. and Peter Wang

TO:    WINSTON & STRAWN LLP
        Edwin M. Larkin
        Melissa A. Gabriel
        200 Park Avenue
        New York, New York 10166
        Attorneys for Plaintiffs

        LAW & NEVILLE, LLP
        Brian Neville, Esq.
        David S. Rich, Esq.
        1412 Broadway, Suite 1407
        New York, New York 10018
        Attorneys for Defendant vFinance Investments, Inc.