USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE PINNACLE FUND, L.P., PINNACLE CHINA
FUND, L.P., ATLAS CAPITAL MASTER FUND,
L.P., ATLAS CAPITAL (Z.P.), L.P., WESTPARK
CAPITAL, L.P., SANDOR CAPITAL MASTER        :   08-CV- 9008 (SHS)
FUND L.P., VISION OPPORTUNITY MASTER FUND,
LTD., HELLER FAMILY FOUNDATION, JAYHAWK
PRIVATE EQUITY CO-INVEST FUND, L.P., and
JAYHAWK PRIVATE EQUITY FUND, L.P.,

                Plaintiffs,

                                         ECF CASE

  -against-

EQUICAP INC., USUNCO AUTOMOTIVE LTD.,
vFINANCE INVESTMENT, INC., and PETER WANG,

                Defendants.
------------------------------------------------------------X

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

Plaintiffs The Pinnacle Fund, L.P., Pinnacle China Fund, L.P., Atlas Capital Master Fund, L.P., Atlas Capital (Z.P.), L.P., Westpark Capital, L.P., Sandor Capital Master Fund L.P., Vision Opportunity Master Fund Ltd., Heller Family Foundation, Jayhawk Private Equity Co-Invest Fund, L.P. and Jayhawk Private Equity Fund, L.P. (the "Plaintiffs"); and defendants Equicap Inc., Usunco Automotive Ltd. ("Usunco"), Peter Wang and vFinance Investment, Inc. ("vFinance") (the "Defendants") by and through their undersigned attorneys, jointly file this Stipulation:

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, who have been duly authorized by Plaintiffs and Defendants to enter into this Stipulation as follows:

462110.2                                i

1.      Plaintiffs and Defendants agree that this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

2.      Each party shall bear its own costs and expenses, it being understood that this Stipulation shall not affect vFinance's indemnification rights against Usunco pursuant to the January 29, 2007 letter agreement between vFinance and Usunco, and Exhibit A thereto.

3.      This stipulation may be executed in one or more counterparts, each of which shall be deemed an original but all of which together will constitute one and the same instrument.

Dated: New York, New York
       July  , 2009

WINSTON & STRAWN LLP

By: *Gerry Silver*
      Gerry Silver (GS  )

200 Park Avenue
New York, New York 10166
Phone: (212) 294-6700

*Attorneys for Plaintiffs*

GOLENBOCK EISEMAN ASSOR BELL
& PESKOE LLP

By:_____
    Jeffrey T. Golenbock (JG 2217 )

437 Madison Avenue - 35th fl.
New York, New York 10022
Phone: (212) 907-7300

*Attorneys for Defendants Equicap, Inc.
Usunco and Peter Wang*

LAX & NEVILLLE LLP

By:_____
    Brian Neville (BN 8251)

1412 Broadway, Suite 1407
New York, NY 10018
Phone: (212) 696-1999

*Attorneys for Defendant vFinance*

462110.2              ii

1. Plaintiffs and Defendants agree that this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. Each party shall bear its own costs and expenses, it being understood that this Stipulation shall not affect vFinance's indemnification rights against Usunco pursuant to the January 29, 2007 letter agreement between vFinance and Usunco, and Exhibit A thereto.

3. This stipulation may be executed in one or more counterparts, each of which shall be deemed an original but all of which together will constitute one and the same instrument.

Dated: New York, New York
       July   , 2009

WINSTON & STRAWN LLP

By:_____
      Gerry Silver (GS    )

200 Park Avenue
New York, New York 10166
Phone: (212) 294-6700

*Attorneys for Plaintiffs*


GOLENBOCK EISEMAN ASSOR BELL          LAX & NEVILLLE LLP
& PESKOE LLP

By: _____             By:_____
    Jeffrey T. Golenbock (JG 2217)         Brian Neville (BN 8251)
    Adam C. Silverstein (AS 4876)
                                      1412 Broadway, Suite 1407
437 Madison Avenue - 35th fl.         New York, NY 10018
New York, New York 10022              Phone: (212) 696-1999
Phone: (212) 907-7300


*Attorneys for Defendants Equicap, Inc.*   *Attorneys for Defendant vFinance*
 *Usunco and Peter Wang*

462110.2                              ii

1. Plaintiffs and Defendants agree that this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. Each party shall bear its own costs and expenses, it being understood that this Stipulation shall not affect vFinance's indemnification rights against Usunco pursuant to the January 29, 2007 letter agreement between vFinance and Usunco, and Exhibit A thereto.

3. This stipulation may be executed in one or more counterparts, each of which shall be deemed an original but all of which together will constitute one and the same instrument.

Dated: New York, New York
       July    , 2009

WINSTON & STRAWN LLP

By:_____
     Gerry Silver (GS    )

200 Park Avenue
New York, New York 10166
Phone: (212) 294-6700

*Attorneys for Plaintiffs*

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP

By:_____
     Jeffrey T. Golenbock (JG 2217 )

437 Madison Avenue - 35th fl.
New York, New York 10022
Phone: (212) 907-7300

*Attorneys for Defendants Equicap, Inc. Usunco and Peter Wang*

LAX & NEVILLLE LLP

By:_____
     Brian Neville (BN 8251)

1412 Broadway, Suite 1407
New York, NY 10018
Phone: (212) 696-1999

*Attorneys for Defendant vFinance*

8/4/09
SO ORDERED
[signature]
US DJ

462110.2                                 ii